THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion granted, and appellant's time in which to serve and file record on appeal and appellant's points extended to and including October 17, 1929, with notice of argument for November 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANGELA PAPPADOPOULO, etc., v. AVRAAM ELIAS KAZAN and Others.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LLOYD L. STEVENS v. HOME FOR OLD MEN AND AGED COUPLES.— Motion denied, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PETER BELL and Another v. FOSTER LAND CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BANK OF AMERICA OF CALIFORNIA v. JAMES G. WESTBROOK, as Executor, etc., of CHARLES S. WESTBROOK, Deceased, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RANKIN TRANSFER COMPANY, INC., v. CHARLES COHEN and Another.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CORSYL REALTY CORPORATION v. GEORGE H. FLINN CORPORATION, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DORIAN TRADING AND HOLDING CORPORATION v. BRUNSWICK TERMINAL AND RAILWAY SECURITIES COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEANNE WEISS v. FREDERICK C. WEISS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE LUCHTER v. ANTONIO PIAZZA and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GUNTHER P. REINHARDT V. SAMUEL R. GOLDING.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARTHA FRIEDMAN v. TENBROECK REALTY Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATHRYN POLLOCK V. FRANKLIN B. POLLOCK.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.